FILED
2015 Nov-13 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CHARISSA FARRELL, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 2:15-cv-00126-JHE |
| MIDLAND FUNDING, LLC, et al., | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, each party to bear its/her own costs.

**DONE** and **ORDERED** this 15th day of November 2015.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE